October 19, 1972.

M. P. No. 184. WILLIAM HOOPER *v.* HARRY GOLDSTEIN *et al.* Petitioner ordered to appear before the Supreme Court on November 6, 1972 to show cause why petition for writ of certiorari should not be dismissed for lack of prosecution. *William Hooper,* petitioner, pro se. *Robert J. McOsker,* City Solicitor, for respondents.